1  STEVE W. BERMAN
   GEORGE W. SAMPSON
2  TYLER WEAVER
   HAGENS BERMAN SOBOL SHAPIRO LLP
3  1918 Eighth Avenue, Suite 3300
   Seattle, WA  98101
4  Telephone:  (206) 623-7292
   Facsimile:   (206) 623-0594
5  steve@hbsslaw.com
   george@hbsslaw.com
6  tyler@hbsslaw.com

7  JENNIFER FOUNTAIN CONNOLLY
   HAGENS BERMAN SOBOL SHAPIRO LLP
8  1629 K St. NW, Suite 300
   Washington, D.C.  20006
9  Telephone:  (202) 355-6435
   Facsimile:  (202) 355-6455
10 jenniferc@hbsslaw.com

11 *Attorneys for Plaintiffs*

FILED
CLERK U.S. DISTRICT COURT

JUN 2 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

12                UNITED STATES DISTRICT COURT
13                CENTRAL DISTRICT OF CALIFORNIA
14                     WESTERN DIVISION

                                        CV 06-2380 SVW

| 15 IN RE LIVE CONCERT ANTITRUST LITIGATION | Case No.: 2:06-MDL-01745 SVW (VBKx) |
| --- | --- |
| 16 | |
| 17 | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** ₵ ORDER |
| 18 This document relates to all actions. | Hearing:    None |
| 19 | Time:        None |
| 20 | Courtroom: 6 |
| 21 | Judge:       Hon. Stephen V. Wilson |
|  | Trial Date:  None |

22

23

24          IT IS SO ORDERED
25          Dated    JUN 2 2 2012
26          _____
            United States District Judge
27          STEPHEN V. WILSON
28

STIPULATED DISMISSAL

1    WHEREAS, this multidistrict litigation ("MDL") includes twenty-two actions
2    consolidated for purposes of coordinated pretrial proceedings;

3    WHEREAS, the parties have reached a global settlement of all twenty-two
4    actions in this MDL pursuant to which the parties have agreed to dismiss all twenty-
5    two actions with prejudice;

6    NOW, THEREFORE, the parties, by and through their attorneys of record,
7    and pursuant to Fed. R. Civ. P. 41(a)(1(A)(ii), hereby STIPULATE and AGREE
8    that this MDL and the following member actions are hereby dismissed with
9    prejudice:

10   (1)    *Malinda Riley v. Clear Channel Communications*, CV 06-2381-SVW
11   (RCx) (Chicago Region);

12   (2)    *Hayes Young v. Clear Channel Communications, Inc.*, CV 06-3701-
13   SVW (RCx) (New York/New Jersey Region);

14   (3)    *Adam Rosen v. Clear Channel Communications, Inc.*, CV 06-3965-
15   SVW (RCx) (Boston Region);

16   (4)    *Margaret A Thompson v. Clear Channel Communications Inc et al.*,
17   2:05-cv-06704-SVW-VBK (Los Angeles Region);

18   (5)    *Lauren J Hammer v. Clear Channel Communications Inc.*, 2:06-cv-
19   04987-SVW-VBK (Denver Region).

20   (6)    *Priscilla Diaz v. Clear Channel Communications, Inc.*, CV 06-2380-
21   SVW (RCx) (South Florida Region);

22   (7)    *Mark Cooperberg v. Clear Channel Communications, Inc.*, CV 06-
23   2382-SVW (RCx) (Philadelphia Region);

24   (8)    *Nicole Latour v. Clear Channel Communications Inc.*, CV 06-4973-
25   SVW (RCx) (Northern California Region);

26   (9)    *James Friedman v. Clear Channel Communications, Inc.*, CV 06-4974-
27   SVW (RCx) (Michigan Region);

28

1    (10)   *Corey Rosen v. Clear Channel Communications, Inc.*, CV 06-4980-
2  SVW (RCx) (Northern California Region);

3    (11)   *Jennifer Zbytowski v. Clear Channel Communications, Inc.*, CV 06-
4  4985(RCx) (Michigan Region);

5    (12)   *Coya Bailey v. Clear Channel Broadcasting, Inc.*, CV 06-4990-SVW
6  (RCx) (Carolina Region);

7    (13)   *Daniel Hull v. Clear Channel Communications, Inc.*, CV 06-5000-
8  SVW (RCx) (Atlanta Region);

9    (14)   *Terry Leitner v. Clear Channel Communications, Inc.*, CV 06-
10  5008(RCx) (Indiana Region);

11    (15)   *Kevin MacLaughlan v. Clear Channel Communications, Inc.*, CV 06-
12  5012 SVW (RCx) (Boston Region);

13    (16)   *Daniel Woodring v. Clear Channel Communications, Inc.*, CV 06-
14  5018-SVW (RCx) (Ohio Region);

15    (17)   *Melissa Lewis v. Clear Channel Communications, Inc.*, CV 06-5024-
16  SVW (RCx) (Philadelphia Region);

17    (18)   *Graham Sevier-Schultz v. Clear Channel Communications, Inc.*, CV
18  06-5058(RCx) (Houston Region);

19    (19)   *Katherine Ludt v. Clear Channel Communications, Inc.*, CV 06-5091-
20  SVW (RCx) (Wisconsin Region);

21    (20)   *Julie Walker v. Clear Channel Communications, Inc.*, CV 06-5653-
22  SVW (RCx) (District of Columbia Region);

23    (21)   *Cheryl Hintzen v. Clear Channel Communications, Inc.*, CV 06-7522-
24  SVW (RCx) (Arizona Region);

25    (22)   *Judy Kent v. Clear Channel Communications, Inc.*, CV 06-7523-SVW
26  (RCx) (Seattle Region).

27

28

1
2
Dated:  May 22, 2012

HAGENS BERMAN SOBOL SHAPIRO LLP

3
4
By: /s/ Jennifer F. Connolly
    Jennifer F. Connolly
5
1629 K St. NW, Suite 300
Washington, D.C.  20006
6
Tel.:  (202) 355-6435
Fax:  (202) 355-6455
E-mail:  JenniferC@hbsslaw.com
7
8
Elaine T. Byszewski
Lee M. Gordon
9
HAGENS BERMA SOBOL SHAPIRO LLP
700 South Flower Street, Suite 2940
10
Los Angeles, CA  90017
Tel.: (213) 330-7150
11
Fax: (213) 330-7150
E-mail:  Lee@hbsslaw.com
12
        Elaine@hbsslaw.com
13
Steve W. Berman
George Sampson
14
Tyler Weaver
HAGENS BERMAN SOBOL SHAPIRO LLP
15
1918 Eighth Ave., Suite 3300
Seattle, WA  98101
16
Tel.: (206) 623-7292
Fax.: (206) 623-0594
17
Email:  steve@hbsslaw.com
       george@hbsslaw.com
18
       tyler@hbsslaw.com
19
Kenneth A. Wexler
Mark R. Miller
20
WEXLER WALLACE LLP
55 W. Monroe, Suite 3300
21
Chicago, IL  60603
Tel.: (312) 346-2222
22
Fax: (312) 346-0022
E-mail: kaw@wexlerwallace.com
23
     mrm@wexlerwallace.com
24
25
26
27
28

STIPULATED DISMISSAL

-4-

2:06-MDL-01745 SVW (VBKx)

1   Lee Squitieri
2   Olga A. Pettigrew
    SQUITIERI & FEARON LLP
3   32 East 57th Street, 12th Floor
    New York, NY 10022
4   Tel.: (212) 421-6492
    Fax: (212) 421-6553
5   E-mail: lee@sfclasslaw.com

6   ***Co-Lead Counsel and Executive Committee Members***

7   Jeffrey Kodroff
8   SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.
9   1818 Market Street, Suite 2500
    Philadelphia, PA 19103
10  Tel.: (215) 496 0300
    Fax: (215) 496 6611
11  E-mail: jkodroff@srkw-law.com

12  Nicholas Chimicles
    Kimberly Donaldson
13  CHIMICLES & TIKELLIS LLP
    361 W. Lancaster Avenue
14  Haverford, PA 19401
    Tel.: (610) 642-8500
15  Fax: (610) 649-3633
    E-mail: nick@chimicles.com
16          kimdonaldson@chimicles.com

17  Lance Harke
    HARKE & CLASBY
18  9699 NE Second Avenue
    Miami, FL 33138
19  Tel.: (305) 536-8220
    Fax: (305) 536-8229
20  E-mail: lharke@harkeclasby.com

21  Hollis Salzman
    LABATON SUCHAROW
22  140 Broadway
    New York, NY 10005
23  Tel.:(212) 907-0700
    Fax:(212) 818-0477
24  E-mail: hsalzman@labaton.com

25  ***Executive Committee Members***

26

27

28

1    Dated: May 22, 2012          WILSON SONSINI GOODRICH & ROSATI

2                              Professional Corporation

3

4                     By:   /s/ Jonathan M. Jacobson

5                              Jonathan M. Jacobson
                                    1301 Avenue of the Americas

6                              40th Floor
                                    New York, NY  10019

7                              Telephone:  (212) 999-5800
                                    Facsimile:  (212) 999-5899

8                              Colleen Bal

9                              Wilson Sonsini Goodrich & Rosati PC
                                    650 Page Mill Road

10                            Palo Alto, CA 94304
                                  Telephone:  (650) 493-9300

11                            Facsimile:  (650) 493-8111

12                              MINTZ LEVIN COHN FERRIS GLOVSKY
                                    AND POPEO, P.C

13                              Harvey I. Saferstein
                                    2029 Century Park East, Suite 1370

14                            Los Angeles, California 90067
                                    Telephone:  (310) 586-3200

15                              ***Attorneys for Defendants***

16

17

18

19

20

21

22

23

24

25

26

27

28